# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNN K. CHRISTIAN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-4144** |
| **v.** | : | |
| | : | |
| **HONEYWELL RETIREMENT** | : | |
| **BENEFIT PLAN** | : | |
| *Defendant* | : | |

## O R D E R

**AND NOW,** this 19th day of December 2013, upon consideration of Defendant's *motion to dismiss* Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 6], Plaintiff's opposition thereto [ECF 7], Defendant's reply [ECF 8], Plaintiff's sur-reply [ECF 9], Defendant's sur-sur-reply [ECF 10], and the complaint, consistent with the Memorandum Opinion filed on this day, it is hereby ORDERED that Defendant's motion to dismiss is **GRANTED**.

The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.