IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN K. CHRISTIAN, <br>                 Plaintiff, <br> <br> v. <br> <br> HONEYWELL RETIREMENT BENEFIT PLAN, <br>                 Defendant. | CIVIL ACTION <br> <br> No.: 2:13-cv-04144-NIQA |

NOTICE OF APPEAL

Notice is hereby given that Lynn K. Christian, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order granting a motion to dismiss filed by the defendant signed by the Court on December 19, 2013 (Document No. 11), and the final judgment entered on December 19, 2013 (Document No. 12).

Date:   January 10, 2014

                                                                                      UEBLER LAW LLC

                                                                                      s/Julie A. Uebler
                                                                                       Julie A. Uebler (I.D. No. 71297)
                                                                                      744 West Lancaster Avenue, Suite 220
                                                                                      Wayne, PA 19464
                                                                                      (610) 688-7900
                                                                                      juebler@ueblerlaw.com

                                                                                      Attorney for Plaintiff,
                                                                                      Lynn K. Christian

CERTIFICATE OF SERVICE

      I, Julie Uebler, hereby certify that a true and correct copy of Plaintiff's Notice of Appeal was filed electronically on January 10, 2014, and is deemed served upon the following counsel of record:

Bruce S. Marks, Esquire
Thomas C. Sullivan, Esquire
Marks & Sokolov, LLC
1835 Market Street – 28th Floor
Philadelphia, PA 19103

Amy Covert, Esquire
Joseph E. Clark, Esquire
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

By:  s/Julie A. Uebler
      Julie A. Uebler