# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Lynn K. Christian

                                       13-4144
                               District Court Docket Number

             vs.

Honeywell Retirement Benefit Plan

Notice of Appeal Filed 01/10/14
Court Reporter(s)/ESR Operator(s)      n/a

Filing Fee:
        Notice of Appeal __xPaid_____  _____Not Paid  _____Seaman
        Docket Fee       __xPaid_____  _____Not Paid  _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending

Defendant's Address (for criminal appeals)


Prepared by: s/ Tashia C. Reynolds 1/10/14
                             Tashia C. Reynolds
                           Deputy Clerk/Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm