# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN K. CHRISTIAN<br>*Plaintiff* | : | CIVIL ACTION |
| | : | NO. 13-4144 |
| v. | : | |
| HONEYWELL RETIREMENT<br>BENEFIT PLAN<br>*Defendant* | : | |

## O R D E R

**AND NOW,** this 15th day of January 2014, upon consideration of Defendant's *motion for attorneys' fees* pursuant to Federal Rule of Civil Procedure 54(d)(2) [ECF 13], and the ensuing correspondence from counsel with regard thereto, it is hereby ORDERED that a formal response to said motion is due no later than January 31, 2014.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.