IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN K. CHRISTIAN<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-4144 |
| v. | : | |
| | : | |
| HONEYWELL RETIREMENT<br>BENEFIT PLAN | : | |
| | : | |
| *Defendant* | : | |

FILED
APR 2 4 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW,** this 24th day of April 2014, upon consideration of Defendant's *motion for attorneys' fees* [ECF 13], Plaintiff's opposition thereto [ECF 19], and the reply [ECF 20], and consistent with the memorandum opinion filed on this day, it is hereby ORDERED that Defendant's motion is **GRANTED**. Defendant is awarded attorneys' fees in the amount of $10,000.00.

BY THE COURT:

/s/ *signature*
NITZA I. QUIÑONES ALEJANDRO, J.